JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0503 SI |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | PROTECTIVE ORDER RE: DISCOVERY |
|   v. ) | OF CREDIT CARD AND IDENTITY |
| ) | INFORMATION |
| JASON VASSIL and JAMES LINVILLE, ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

    The defendants Jason Vassil and James Linville are charged with a variety of counts related to identity theft.

    The United States will produce to counsel for the defendant copies of digital and other information seized from the apartment located at 1390 Market Street, Apartment #2509 in San Francisco. This information includes detailed identity and credit card data related to a number of potential victims in this case. Because of the substantial number of victims in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the Court orders, that disclosure of these materials shall be subject to the following restrictions:

    1.     Except when being actively examined for the purpose of the preparation of the defense of the defendant, the digital media (including copies of print-outs of such media)

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER [CR 08-0503 SI]

produced by the United States to defense counsel shall be maintained in a locked, safe and secure drawer, cabinet or safe that is accessible only to defense counsel and their employees. Defense counsel shall not permit any person access of any kind to the digital media except as set forth below.

2. The following individuals may examine the digital media and copies of print-outs thereof for the sole purpose of preparing the defense of the defendant and for no other purpose:

 a) Counsel for the defendants;

 b) Paralegals and investigators employed by defense counsel;

 c) The defendant Jason Vassil and James Linville, but only in the presence of their attorneys; and

 d) Any outside expert retained by the defendants to analyze the computer media in this matter.

If either defense counsel determines that additional attorneys, experts, paralegals or investigators are needed to review the material, she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this Order shall be maintained with the digital media and copies of print-outs thereof at all times.

4. No other person may be allowed to examine the material without further court order. Examination of the digital media and copies of print-outs thereof shall be done in a secure environment that will not expose the materials to other individuals not listed above.

5. Word processing files, e-mails, chat logs and other text files contained on the digital media may be duplicated to the extent necessary to prepare the defense of this matter.

6. The computer from which the digital media will be accessed shall not be connected to the Internet during examination of the material.

7. Any pleadings that include the above-described materials or their contents shall be filed under seal.

8. Within 30 court days of the judgment and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER [CR 08-0503 SI]    -2-

any, shall be returned to the United States. The United States shall destroy them. If an appeal is noticed and either defense counsel continues to represent the defendant on appeal, she may continue to retain possession of the materials according to the terms of this Order until the conclusion of the matter in the Court of Appeals.

SO STIPULATED:

DATED: September 8, 2008        /s/
                                LYDIA STIGLICH
                                Attorney for defendant JASON VASSIL

DATED: September 8, 2008        /s/
                                MIRANDA KANE
                                Attorney for defendant JAMES LINVILLE

DATED: September 8, 2008        /s/ Allison Danner
                                ALLISON M. DANNER
                                Assistant United States Attorney

IT IS ORDERED.                  Wm. Alsup for

DATED: 9/8/08
                                _____
                                HON. SUSAN ILLSTON
                                United States District Judge

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER [CR 08-0503 SI]      -3-