JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON VASSIL and JAMES LINVILLE <br><br> Defendants. | No. CR 08-0503 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties in open court, and with the consent of defendants Jason Vassil and James Linville the Court enters this order documenting defendants' exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 15, 2008 through September 22, 2008, the date of defendants' next appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendants were indicted in this case on xx, 2008. On August 15, 2008, defendants appeared for their initial appearance before this Court. On that date, defendants agreed to an exclusion of time under the Speedy Trial Act until September 22, 2008, the date of

1  defendants' next appearance before the District Court.
2      2.    At the hearing on August 15, 2008, government counsel stated that an initial round of discovery had been provided but the bulk of the discovery had yet to be produced. Defense counsel for defendants agreed to the exclusion of time in order to review this discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.
3      3.    Given these circumstances, the Court excluded all time under the Speedy Trial Act between August 15, 2008 and September 22, 2008 on the grounds that the ends of justice served by excluding this period outweighed the best interest of the public and the defendants in a speedy trial. Id. at § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: September 8, 2008       /s/
                                    LIDIA STIGLICH
                                    Attorney for Defendant JASSON VASSIL

                                    /s/
                                    MIRANDA KANE
                                    Attorney for Defendant JAMES LINVILLE

DATED: September 8, 2008       /s/    Allison Danner
                                    ALLISON MARSTON DANNER
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/8/08                     Wm. Alsup for
                                    HONORABLE SUSAN ILLSTON
                                    United States District Judge