JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0503 SI |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| JASON VASSIL and JAMES LINVILLE ) | |
|     Defendants. ) | |

    With the agreement of the parties in open court, and with the consent of defendants Jason Vassil and James Linville, the Court enters this order documenting defendants' exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 22, 2008 through November 21, 2008, the date of defendants' next appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

    1.    On August 15, 2008, defendants appeared for their initial appearance before this Court. On that date, defendants agreed to an exclusion of time under the Speedy Trial Act until September 22, 2008, the date of defendants' next appearance before the District Court.

STA Stipulation
CR 08-0503 SI

2. At the hearing on September 22, 2008, the parties requested an exclusion of time until November 7, 2008 in order to review discovery that would shortly be provided. At the hearing on August 15, 2008, government counsel stated that an initial round of discovery had been provided but the bulk of the discovery had yet to be produced. Defense counsel for defendants agreed to the exclusion of time in order to review this discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Given these circumstances, the Court excluded all time under the Speedy Trial Act between September 22, 2008 and November 7, 2008 on the grounds that the ends of justice served by excluding this period outweighed the best interest of the public and the defendants in a speedy trial. Id. at § 3161(h)(8)(A).

3. At the hearing on November 7, 2008, the parties requested an additional exclusion of time under the Speedy Trial Act to review the discovery provided by the government. The Court accordingly excluded all time under the Speedy Trial Act between November 7, 2008 and November 21, 2008 on the grounds that the ends of justice served by excluding this period outweighed the best interest of the public and the defendants in a speedy trial. Id. at §

1 | 3161(h)(8)(A).

2 |     IT IS SO STIPULATED.

3

4 | DATED: November 12, 2008     _____\s\_____
5 |     LIDIA STIGLICH
    Attorney for Defendant JASON VASSIL

6

7 |     _____\s\_____
    MIRANDA KANE
    Attorney for Defendant JAMES LINVILLE

8

9 | DATED: November 12, 2008     _____\s\_____
10 |     ALLISON MARSTON DANNER
    Assistant United States Attorney

11

12 |     IT IS SO ORDERED.

13

14 | DATED: _____     _____
    SUSAN ILLSTON
    United States District Judge

STA Stipulation
CR 08-0503 SI     3