STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
LIDIA S. STIGLICH (CSBN:182100)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
JASON VASSIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00503 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE SENTENCING |
| vs. | |
| JASON VASSIL, | |
| Defendant. | |

Defendant JASON VASSIL, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Jeane Hamilton, hereby stipulate and agree to continue the sentencing date in the above entitled matter from April 24, 2009 at 11:00 a.m. to June 5, 2009 at 11:00 a.m. or to a date that is convenient to the Court. Good cause exists for the continuance in that additional time is necessary to complete the presentence interview and report because defense counsel has been engaged in a lengthy jury trial which concluded just this week. United States Probation officer Charles Mabie joins in this request.

IT IS SO STIPULATED.

Dated: 4/15/09 .          /S/ LIDIA S. STIGLICH
_____
LIDIA S. STIGLICH
Attorney for Defendant
JASON VASSIL

- 1 -

Dated: 4/15/09 . /S/ JEANE HAMILTON
‎ JEANE HAMILTON
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant JASON VASSIL'S sentencing hearing is hereby continued from April 24, 2009 at 11:00 a.m. to June 5, 2009 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: _____.
HON. SUSAN ILLSTON
United States District Judge

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On 4/15/09 _____, I personally served via U.S. Mail a copy of the attached on the following:

>Charles Mabie
>United States Probation Officer
>1301 Clay Street
>Oakland, California 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on 4/15/09 _____, at Walnut Creek, California.

/s/ Michael Hinckley

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -