UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. CR 08-0503 SI** |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) | |
| JASON VASSIL, | ) | |
| Defendant. | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on February 9, 2009, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. 8 Computers;
2. Barcode scanner;
3. 8 cell phones;
4. Card reader;
5. Scanner;
6. Hard drives, memory cards, thumb drives; and
7. DVD's, CD's, and floppy disks

pursuant to Title 18, United States Code, Sections 1028 and 1029; Title 18, United States Code, Section 981(a)(1); and Title 28, United States Code, Section 2461(c).

1     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    IT IS SO ORDERED this 2nd day of July 2009.

_____
SUSAN ILLSTON
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 08-0503 SI

2